UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute, | NO. 2:20-cv-10211 |
| Plaintiffs, | JUDGE MARK A. GOLDSMITH |
| v. | MAGISTRATE DAVID R. GRAND |
| Dana Nessel, in her official capacity as Attorney General of the State of Michigan, | **MOTION FOR CONSOLIDATION OF RELATED CASES** |
| Defendant. | |

Pursuant to Federal Rules of Civil Procedure 42 and Local Rule 83.11, Plaintiffs move for consolidation of this action with *Priorities USA v. Nessel*, Case No. 19-13341 ("*Priorities I*"), previously filed on November 12, 2019 in the Eastern District of Michigan. The undersigned counsel certifies that counsel made no attempt to seek concurrence in the relief requested by this motion because counsel has not yet entered an appearance. Counsel did, however, serve this motion on Defendant with the complaint and sent a request for concurrence to counsel in *Priorities I* which was denied.

In *Priorities I*, Defendant filed a motion to dismiss on December 20, 2019, alleging that Plaintiff lacked standing to bring its claims. Civil Action No. 19-13341 Dkt. 10. Plaintiff Priorities USA filed an amended complaint on January 27, 2020.

Dkt. 17. That amended complaint included additional factual allegations, added Plaintiffs Rise, Inc. and the Detroit/Downriver Chapter of the A. Philip Randolph Institute, added new claims, and omitted a claim. *Id.*

Plaintiffs also filed the instant action ("Priorities II). Dkt. 1. This action involves the same parties and identical factual allegations and claims as the amended complaint filed in *Priorities I*. *Priorities II* was filed out of an abundance of caution to ensure that new allegations were considered in the court's assessment of standing.

Federal Rule of Civil Procedure 42(a) allows consolidation of two actions if the actions "involve a common question of law or fact." Because the issues and parties are identical, it is appropriate for the court to consolidate the two actions and treat them as a single case. *See Advey v. Celotex Corp.*, 962 F.2d 1177, 1181 (6th Cir. 1992). The consolidation of the actions in front of the court in *Priorities I*, Judge Mark A. Goldsmith, would prevent duplicative proceedings and be the most efficient because that court has already entertained motions practice, Dkt. 10, and entered an order in response, Dkt. 13. Accordingly, Plaintiffs move for consolidation of this action with *Priorities I*.

Dated: January 27, 2020

Kevin J. Hamilton
PERKINS COIE LLP
1201 3rd Ave.
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9741
khamilton@perkinscoie.com

Sarah S. Prescott, Bar No. 70510
SALVATORE PRESCOTT &
PORTER, PLLC
105 E. Main Street
Northville, MI 48168

*Attorneys for Plaintiffs*

Respectfully submitted,

By:  /s/ Marc E. Elias
Marc E. Elias
Christopher J. Bryant
Courtney A. Elgart*
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
melias@perkinscoie.com
cbryant@perkinscoie.com
celgart@perkinscoie.com

*Attorneys for Plaintiffs*

*Seeking Admission to E.D. Mich.

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020, I electronically filed the above document(s) with the Clerk of the Court using the ECF System and served the motion on Defendant with the Complaint.

## LOCAL RULE CERTIFICATION

I, Marc Elias, certify that this document and complies with Local Rule 5.1(a), including: double-spaced (except for quoted materials and footnotes); at least one-inch margins on the top, sides, and bottom; consecutive page numbering; and type size of all text and footnotes that is no smaller than 10-1/2 characters per inch (for non-proportional fonts) or 14 point (for proportional fonts). I also certify that it is the appropriate length. Local Rule 7.1(d)(3).

Respectfully submitted,

By:   /s/ Marc E. Elias
Marc E. Elias
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
melias@perkinscoie.com