**Index of Exhibits**

| Exhibit # | Description |
|---|---|
| 1 | Brief in support of Plaintiffs' motion for a preliminary and permanent injunction. |
| 2 | Index. |
| 3 | Declaration of Christopher Bryant of Perkins Coie dated January 28, 2020. |
| 4 | Declaration of Guy Cecil of Priorities USA dated January 24, 2020. |
| 5 | Declaration of Andrea Hunter of the Detroit/Downriver Chapter of the A. Philip Randolph Institute dated January 28, 2020. |
| 6 | Declaration of Maxwell Lubin of Rise, Inc. dated January 27, 2020. |
| 7 | Declaration of Dr. Maxwell Palmer dated January 27, 2020. |
| 8 | Declaration of Nse Ufot of the New Georgia Project dated January 27, 2020. |
| 9 | Letter to Defendant Attorney General Dana Nessel dated January 11, 2020. |
| 10 | Letter to Michigan Secretary of State Jocelyn Benson and to Michigan Attorney General Dana Nessel on October 8, 2019. |
| 11 | Letter to Michigan County Prosecutor Carol Siemon dated January 10, 2020. |
| 12 | Secretary of State's Office, 2018 Michigan Election Results (Nov. 26, 2018), available at https://mielections.us/election/results/2018GEN_CENR.html. |
| 13 | Danielle Burr, Update on Uber Drives the Vote, Uber Newsroom (Oct. 24, 2018), available at https://www.uber.com/newsroom/update-uber-drives-vote/. |
| 14 | National Conference of State Legislatures, State Laws Governing Early Voting (Aug. 2, 2019), available at https://www.ncsl.org/research/elections-and-campaigns/early-voting-in-state-elections.aspx. |
| 15 | National Conference of State Legislatures, Absentee and Early Voting (Nov. 7, 2019), available at https://www.ncsl.org/research/elections-and-campaigns/absentee-and-early-voting.aspx. |
| 16 | Ashley Schafer, City preps for uptick of absentee voters, Midland Daily News, Nov. 22, 2019. |
| 17 | Jackie Smith, Clerks prepare to handle spike in absentee voters in March presidential primary election, Port Huron Times Herald, Dec. 10, 2019. |
| 18 | Declaration of Andy Didorosi of the Detroit Bus Company dated January 28, 2020. |