# Exhibit 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Priorities USA, Rise, Inc., and the Detroit/Downriver Chapter of the A. Philip Randolph Institute,<br><br>        Plaintiffs,<br><br>v.<br><br>Dana Nessel, in her official capacity as Attorney General of the State of Michigan,<br><br>        Defendant. | NO. 20-10211<br><br>JUDGE MARK A. GOLDSMITH<br><br>MAGISTRATE JUDGE DAVID R. GRAND<br><br>**DECLARATION OF CHRISTOPHER BRYANT IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY AND PERMANENT INJUNCTION** |

I, Christopher Bryant, declare as follows:

1. I am over the age of 18 and am competent to make this declaration. I am an attorney with the law firm of Perkins Coie, LLP and am admitted to practice law in the District of Columbia, South Carolina, and multiple federal district courts, including in this Court. I am an attorney for Plaintiffs. I submit this declaration to provide the Court true and correct copies of certain documents submitted in connection with Plaintiffs' Motion for Preliminary and Permeant Injunction.

2. Exhibit 4 is a true and correct copy of the declaration of Guy Cecil of Priorities USA dated January 24, 2020.

3. Exhibit 5 is a true and correct copy of the declaration of Andrea Hunter of the Detroit/Downriver Chapter of the A. Philip Randolph Institute dated January 28, 2020.

4. Exhibit 6 is a true and correct copy of the declaration of Maxwell Lubin of Rise, Inc. dated January 27, 2020.

5. Exhibit 7 is a true and correct copy of the expert declaration of Dr. Maxwell Palmer dated January 27, 2020.

6. Exhibit 8 is a true and correct copy of the declaration of Nse Ufot of the New Georgia Project dated January 27, 2020.

7. Exhibit 9 is a true and correct copy of a letter sent by Priorities USA via email to Defendant Attorney General Dana Nessel through counsel dated January 11, 2020.

8. Exhibit 10 is a true and correct copy of a letter sent by Priorities USA to Michigan Secretary of State Jocelyn Benson and to Michigan Attorney General Dana Nessel on October 8, 2019.

9. Exhibit 11 is a true and correct copy of a letter sent by Priorities USA to Michigan County Prosecutor Carol Siemon dated January 10, 2020. A substantively identical letter was sent to every county prosecutor in the State of Michigan. The letters were sent via mail and email.

10.     Exhibit 12 is a true and correct copy of the Secretary of State's Office, 2018 Michigan Election Results (Nov. 26, 2018), available at https://mielections.us/election/results/2018GEN_CENR.html (accessed Jan. 28, 2020).

11.     Exhibit 13 is a true and correct copy of Danielle Burr, Update on Uber Drives the Vote, Uber Newsroom (Oct. 24, 2018), available at https://www.uber.com/newsroom/update-uber-drives-vote/ (accessed Jan. 28, 2020).

12.     Exhibit 14 is a true and correct copy of National Conference of State Legislatures, State Laws Governing Early Voting (Aug. 2, 2019), available at https://www.ncsl.org/research/elections-and-campaigns/early-voting-in-state-elections.aspx (accessed Jan. 28, 2020).

13.     Exhibit 15 is a true and correct copy of National Conference of State Legislatures, Absentee and Early Voting (Nov. 7, 2019), available at https://www.ncsl.org/research/elections-and-campaigns/absentee-and-early-voting.aspx (accessed Jan. 28, 2020).

14.     Exhibit 16 is a true and correct copy of Ashley Schafer, City preps for uptick of absentee voters, Midland Daily News, Nov. 22, 2019, available at https://www.ourmidland.com/news/article/City-preps-for-uptick-of-absentee-voter-14852806.php (accessed Jan. 28, 2020).

15. Exhibit 17 is a true and correct copy of Jackie Smith, Clerks prepare to handle spike in absentee voters in March presidential primary election, Port Huron Times Herald, Dec. 10, 2019, available at https://www.thetimesherald.com/story/news/2019/12/10/clerks-prepare-absentee-voters-spike-march-presidential-primaryelection/2617154001/ (accessed Jan. 28, 2020).

16. Exhibit 18 is a true and correct copy of the declaration of Andy Didorosi of Detroit Bus Company dated January 28, 2020.

I certify under penalty of perjury and pursuant to the laws of the United States that the preceding is true and correct.

Executed on __1/28/20__

By: _____
Christopher J. Bryant