# Exhibit 9

| | |
|---|---|
| **From:** | Elgart, Courtney (WDC) |
| **To:** | "grille@michigan.gov"; "meingasth@michigan.gov" |
| **Cc:** | Hamilton, Kevin J. (SEA); Bryant, Christopher (WDC); Elias, Marc (WDC) |
| **Subject:** | Priorities USA Correspondence to Attorney General Nessel |
| **Date:** | Saturday, January 11, 2020 5:20:36 PM |
| **Attachments:** | 2020-1-11 Priorities Letter to AG Nessel.pdf |

Dear Heather and Erik,

Attached is a letter to Attorney General Nessel concerning Priorities USA's anticipated electoral activity in Michigan in 2020. The letter requests a response from Attorney General Nessel by January 23, 2020. Because the subject of the letter is related to ongoing litigation in the Eastern District of Michigan, we have refrained from sending it to her directly. We request that you forward the correspondence to Attorney General Nessel at your earliest convenience.

Thank you,
Courtney


**Courtney Elgart | Perkins Coie LLP**
ASSOCIATE
**Preferred pronouns: she/her/hers**
E. CElgart@perkinscoie.com

**PerkinsCoie**

1201 Third Avenue
Suite 4900
Seattle, WA 98101-3099

T. +1.206.359.8000
F. +1.206.359.9000
PerkinsCoie.com

January 11, 2020

Kevin J. Hamilton
KHamilton@perkinscoie.com
D. +1.206.359.8741
F. +1.206.359.9741

Attorney General Dana Nessel
G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

Dear Attorney General Nessel:

I am writing on behalf of Priorities USA regarding certain activities that Priorities USA plans to engage in leading up to and on the day of the 2020 elections. As described in *Priorities USA v. Nessel*, 19-CV-13341 (E.D. Mich.), Priorities asserts a right to engage in these activities under the First and Fourteenth Amendments to the U.S. Constitution.

*First*, Priorities USA is contemplating spending money to transport Michigan voters to the polls. Priorities USA contemplates doing so by, among other things, funding local efforts to hire vehicles to transport voters to the polls. Michigan Comp. Laws § 168.931(1)(f) appears to criminalize such activity.

**Will your office commit to not prosecuting Priorities USA, its agents, and others who engage in such activities under Mich. Comp. Laws § 168.931(1)(f)?**

*Second*, Priorities USA is contemplating deploying staff and volunteers to (1) educate Michigan voters about their options to use and request absent voter ballot applications; (2) distribute absent voter ballot applications; (3) offer to return absent voter ballot applications; and (4) actually return absent voter ballot applications. These staff and volunteers may consist of both registered electors and unregistered individuals. Michigan Comp. Laws § 168.759(4), (5), and/or (8) appears to criminalize such activities.

**Will your office commit to not prosecuting Priorities USA, its agents, and others who engage in such activities under Mich. Comp. Laws § 168.759(4), (5), or (8)?**

We appreciate your assistance with this matter. Please provide your responses to the two questions below at your earliest convenience, but to be received no later than January 23, 2020, via email at KHamilton@perkinscoie.com, fax at 206-359-8741 or regular mail at 1201 Third Avenue, Suite 4900, Seattle, WA 98101.

Respectfully,

Kevin Hamilton

Perkins Coie LLP