# Exhibit 11



700 13th Street, NW
Suite 600
Washington, D.C. 20005-3960

+1.202.654.6200
+1.202.654.6211
PerkinsCoie.com

January 10, 2020

Christopher J. Bryant
CBryant@perkinscoie.com
D.  +1.202.654.6289
F.   +1.202.624.9513

Carol Siemon
Ingham County Prosecutor
303 W. Kalamazoo Street, 2nd Floor
Lansing, MI 48933

Dear Carol Siemon:

I am writing on behalf of Priorities USA regarding certain activities that Priorities USA plans to engage in leading up to and on the day of the 2020 elections.

*First*, Priorities USA is contemplating spending money to transport Michigan voters to the polls. Priorities USA contemplates doing so by, among other things, funding local efforts to hire vehicles to transport voters to the polls.  Michigan Comp. Laws § 168.931(1)(f) appears to criminalize such activity.

**Will your office commit to not prosecuting Priorities USA, its agents, and others who engage in such activities under Mich. Comp. Laws § 168.931(1)(f)?**

*Second*, Priorities USA is contemplating deploying staff and volunteers to (1) educate Michigan voters about their options to use and request absent voter ballot applications; (2) distribute absent voter ballot applications; (3) offer to return absent voter ballot applications; and (4) actually return absent voter ballot applications.  These staff and volunteers may consist of both registered electors and unregistered individuals.  Michigan Comp. Laws § 168.759(4), (5), and/or (8) appears to criminalize such activities.

**Will your office commit to not prosecuting Priorities USA, its agents, and others who engage in such activities under Mich. Comp. Laws § 168.759(4), (5), or (8)?**

We appreciate your assistance with this matter and welcome the opportunity to discuss these issues further and to provide any additional information you may need in considering our request. Please provide your responses to the two questions below at your earliest convenience, but to be received no later than January 23, 2020, via email at CBryant@perkinscoie.com, fax at 202-654-9513 or regular mail at 700 13th Street, NW, Suite 600, Washington, D.C. 20005-3960.

Respectfully,

Perkins Coie LLP