UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PRIORITIES USA, *et al.*,   Case No. 20-10211

    Plaintiffs   Stephanie Dawkins Davis
v.   United States District Judge

DANA NESSEL,

    Defendant.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

On January 27, 2020, plaintiffs filed, with permission from the court, an amended complaint in Case No. 19-13341 to address, among other issues, the standing issues raised in defendant's motion to dismiss the initial complaint. On that same date, plaintiffs initiated the present lawsuit by filing a second, identical complaint. (ECF No. 1). As explained in the motion to consolidate the two identical cases, this second action was "filed out of an abundance of caution to ensure that the new allegations were considered in the court's assessment of standing." (ECF No. 5, PageID.46).

Because the new allegations will be considered in the court's assessment of standing in Case No. 19-13341 and because this matter is duplicative of Case No. 19-13341, the Court **ORDERS** the Clerk of the Court to **ADMINISTRATIVELY CLOSE** the instant action.

2

**IT IS SO ORDERED**.

Date: February 14, 2020                             s/Stephanie Dawkins Davis
                                                    Stephanie Dawkins Davis
                                                    United States District Judge